HENRY STEERS, INC., Respondent, *v.* HEWLETT BAY COMPANY, Appellant.

Reported below, 171 App. Div. 913.
(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered December 10, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover compensation for additional work and expense in the performance of a contract.

The motion was made upon the ground that the action was for services; that permission to appeal had not been obtained; that the appeal was frivolous, taken solely for delay, and that no proper return had been filed.

*Charles Thaddeus Terry* for motion.

*Alfred T. Davison* opposed.

Motion denied, without costs.